UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LOKEY, | No. 2:26-cv-0235 DAD CSK P |
| Petitioner, | |
| v. | ORDER |
| KATHLEEN ALLISON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus. On April 21, 2026, respondent docketed a filing as a "motion to dismiss." (ECF No. 9.) On the same day, respondent docketed a filing as a motion for 60 day extension of time to file a response to the petition. (ECF No. 10.) Both filings are the same document, and both seek an extension of time, despite the docket entry for ECF No. 9. (ECF Nos. 9, 10.) Therefore, the Court strikes the "motion to dismiss" entry as improvidently filed and duplicative of the second motion (ECF No. 10). Good cause appearing, respondent's motion for extension of time is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's first motion (ECF No. 9) is stricken. The Clerk of the Court is directed to strike ECF No. 9.

2. Respondent's motion for an extension of time (ECF No. 10) is granted.

///

1

3.  Respondent shall file a response to the petition within sixty days from the date of this order.

Dated:  April 22, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/loke0235.111

2